IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JORGE VAZQUEZ MOLINA,   ) | |
| ) | |
|     Plaintiff,   ) | |
| ) | CIVIL ACTION NO. |
|     v.   ) | 2:23cv16-MHT |
| ) | (WO) |
| ROLANDA CALLOWAY and   ) | |
| LT. TATE,   ) | |
| ) | |
|     Defendants.   ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit asserting that his constitutional rights were violated when he was beaten and stabbed at Elmore Correctional Facility by a group of inmates who did not live in his dormitory, leaving him with serious physical injuries. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to state a claim. Also before the court are plaintiff's objections to the recommendation. After an independent

and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of July, 2023.

                                            /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**